USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA :

-v.- : Order To Proceed
*In Forma Pauperis*

JOSHUA MIRABAL, :
           Defendant, : 16 Cr. 272 (VM)

----------------------------------x

Joshua Mirabal was found to be indigent and to qualify for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. 3006A, by the Honorable Ronald L. Ellis, United States Magistrate Judge, on March 10, 2017. See Docket Entry No. 187.

Joshua Mirabal was found to have insufficient funds to pay a fine by the United States Probation Officer who prepared a Pre-sentence Report. See PSR ¶ 93.

It is therefore Ordered that Joshua Mirabal may proceed on the appeal of this matter *in forma pauperis* without payment of cost or fee or the necessity of giving security therefore.

Dated: New York, New York
       January 22, 2020

So Ordered

Hon. Victor Marrero
United States District Judge