USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　- against -<br><br>JOSHUA MIRABAL,<br><br>　　　　　　Defendant. | **16 Cr. 272 (VM)** |
| JOSHUA MIRABAL,<br><br>　　　　　　Petitioner,<br><br>　- against -<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | **22 Civ. 3377**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

　　The Court's December 9, 2022, Decision and Order (Cr. Dkt. No. 666; Civ. Dkt. No. 17) is hereby vacated pending the filing of defendant Joshua Mirabal's ("Mirabal") Reply in support of his motion for post-conviction relief under 28 U.S.C. Section 2255.

　　Further, Mirabal requests an additional 60 days to file his Reply to the Government's Opposition, which was filed on November 22, 2022. (See Civ. Dkt. No. 18.) The Court grants Mirabal's request for an extension of time. Mirabal's Reply shall be due on February 20, 2023.

The Clerk is directed to mail a copy of this Order to Mirabal.

**SO ORDERED.**

Dated:     15 December 2022
           New York, New York

_____
                                          Victor Marrero
                                             U.S.D.J.