

U.S.S.D.N.Y.
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/29/2026___

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10278*

May 28, 2026

**By ECF**
The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Request **GRANTED**.
>
> **SO ORDERED.**
>
> __5/29/2026__
> DATE          VICTOR MARRERO, U.S.D.J.

Re:     *United States v. Joshua Mirabal*, **16 Cr. 272 (VM)**

Dear Judge Marrero:

The Government respectfully writes to request a 30-day extension to respond to Joshua Mirabal's *pro se* motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. 692) (the "Motion"), and petition to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Dkt. 696) (the "Petition"). The Government requests the additional time so that the Government may continue to review the record and address the many legal arguments and factual assertions made in the Motion and Petition.

Respectfully submitted,

/s/

JAY CLAYTON
United States Attorney for the
Southern District of New York

Patrick J. Gallagher

by:

Patrick J. Gallagher
Assistant United States Attorney
(212) 637-2251

cc:     Joshua Mirabal, #78828-054
        FCI Jesup
        2600 Highway 301 South
        Jesup, GA 31599