**U.S. Department** ~~of Justice~~

*United States Att[orney]*
*Southern Distric[t of New York]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2026

*The Jacob K. Javits Build[ing]*
*26 Federal Plaza, 37th Flo[or]*
*New York, New York 102[78]*

June 26, 2026

**By ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Joshua Mirabal*, 16 Cr. 272 (VM)

Dear Judge Marrero:

The Government respectfully writes to request a 10-day extension to respond to Joshua Mirabal's *pro se* motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. 692) (the "Motion"), and petition to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Dkt. 696) (the "Petition"). The Government requests this brief extension so that the Government may continue to review the record and address the many legal arguments and factual assertions made in the Motion and Petition. The Government will file its response brief by **July 9, 2026** and does not anticipate seeking any further extensions.

Respectfully submitted,

/s/

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:
    Patrick J. Gallagher
    Assistant United States Attorney
    (212) 637-2251

cc:    Joshua Mirabal, #78828-054
        FCI Jesup
        2600 Highway 301 South
        Jesup, GA 31599

Request **GRANTED.**

The Court grants the Government's request for a 10-day extension until July 9, 2026, to file its response brief.

**SO ORDERED.**

6/29/2026
_____
DATE

VICTOR MARRERO, U.S.D.J.